[No. 28998-9-II.   Division Two.   October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD J. EASTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01504-2, Terry K. McCluskey and M. Karlynn Haberly, JJ., entered July 2, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Quinn-Brintnall, C.J., dissenting.

[No. 30604-2-II.   Division Two.   October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VERONA GERTRUDE CAMPOBASSO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00662-5, David R. Draper, J., entered July 3, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30731-6-II.   Division Two.   October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA BLAKE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-8-00528-8, Diane M. Woolard, J., entered August 19, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30739-1-II.   Division Two.   October 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN CHARLES McLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00100-1, Richard L. Brosey, J., entered August 5, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.